# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   17-11010 |
| Eric E Kozuh and Kristin A Kozuh | ) | (Jointly Administered) |
| | ) | Chapter: 13 |
| | ) | Honorable Pamela S. Hollis |
| | ) | Joliet |
| Debtor(s) | ) | |

## ORDER ON MOTION TO OBTAIN/INCUR DEBT

THIS CAUSE COMING ON TO BE HEARD on the Motion of the Debtor's the Court having jurisdiction of the parties and the subject matter and being duly advised in the premises, due Notice having been given to the parties entitled thereto,

IT IS HEREBY ORDERED:

1) The Debtor's are permitted to purchase a 2018 Volkswagen Atlas or similar vehicle, with an amount financed not to exceed $26,235.15 interest not to exceed 15.99% and monthly payments not to exceed $572.68.

Enter:

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated:  February 01, 2019

**Prepared by:**

David H. Cutler, ESQ
Cutler & Associates Ltd.
4131 Main St.
Skokie IL 60076
(847) 673-8600